```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION

ROOSEVELT THOMAS, JR.,        :
AIS #115280                   :
    Plaintiff,                :
                              :
vs.                           :     CIVIL ACTION 15-68-WS-M
                              :
CORIZON, INC.,                :
    Defendant.                :
                              :
```

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that Defendant's Motion for Summary Judgment be GRANTED and Plaintiff's Complaint be DISMISSED with prejudice.

DONE this 21st day of September, 2015.

                          s/WILLIAM H. STEELE
                          CHIEF UNITED STATES DISTRICT JUDGE