```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

ROOSEVELT THOMAS, JR.,           :
AIS #115280                      :
    Plaintiff,                   :
                                 :
vs.                              :       CIVIL ACTION 15-68-WS-M
                                 :
CORIZON, INC.,                   :
    Defendant.                   :
                                 :

## JUDGMENT

In accordance with the Order entered this date, it is ORDERED, ADJUDGED and DECREED that JUDGMENT on all claims be entered in favor of Defendant Corizon, Inc., and against Plaintiff Roosevelt Thomas, Jr.

DONE this 21st day of September, 2015.

                                        s/WILLIAM H. STEELE
                                        CHIEF UNITED STATES DISTRICT JUDGE